UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREGORY MENDA,

Plaintiff,

vs.

GOLDMAN SACHS BANK USA; APPLE PAYMENTS SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC;

Defendants.

Case No. 2:26-cv-02998-DJC-JDP

Assigned to: District Judge Daniel J. Calabretta

**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS GOLDMAN SACHS BANK USA AND APPLE PAYMENTS SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

Trial Date: None
Date Action Filed: September 3, 2026

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Second Stipulation to Extend Time for Defendants GOLDMAN SACHS BANK USA ("GS Bank") and APPLE PAYMENTS SERVICES LLC ("Apple") to Respond to Plaintiff GREGORY MENDA's ("Plaintiff") Complaint is GRANTED. Defendants GS Bank and Apple's time within which to respond to Plaintiff's Complaint, by answer, motion or otherwise, shall be extended to and including November 16, 2026.

**IT IS SO ORDERED.**

Dated: October 29, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE