# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MENDA,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDMAN SACHS BANK USA; APPLE PAYMENTS SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC.,<br><br>Defendants. | Case No. 2:26-cv-02998-DJC-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

Plaintiff Gregory Menda and Defendant Experian Information Solutions, Inc.'s ("Experian") Stipulation to Extend Time to Respond to Initial Complaint is **GRANTED.** Experian shall have an additional 31 days, up to and including November 30, 2026, to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: October 29, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE