UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MENDA,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDMAN SACHS BANK USA; APPLE PAYMENTS SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC;<br><br>Defendants. | Case No. 2:26-cv-02998-DJC-JDP<br><br>Assigned to: District Judge Daniel J. Calabretta<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION AS TO GOLDMAN SACHS BANK USA AND APPLE PAYMENT SERVICES LLC ONLY PENDING THE COMPLETION OF ARBITRATION** |



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

# ORDER

Pursuant to the Stipulation of Plaintiff Gregory Menda ("Plaintiff") and Defendants Goldman Sachs Bank USA ("GS Bank") and Apple Payment Services, LLC ("Apple") and good cause appearing,

IT IS HEREBY ORDERED that:

1. Plaintiff shall submit his claims against GS Bank and Apple to binding arbitration with JAMS or AAA pursuant to the arbitration provision contained within the cardholder agreement.

2. Pursuant to 9 U.S.C. § 3, all proceedings between Plaintiff, GS Bank and Apple are STAYED pending completion of the arbitration.

3. This Order applies only to Plaintiff, GS Bank and Apple.

**IT IS SO ORDERED.**

Dated: November 18, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE